# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **DERRICK PETTIFORD,** | |
| Petitioner, | **7:14-CV-107 (HL)** |
| v. | 28 U.S.C. § 2255 |
| **UNITED STATES OF AMERICA,** | **7:07-CR-3-002 (HL)** |
| Respondent. | |

# ORDER

Before the Court are the Recommendation (Doc. 78) of the United States Magistrate Judge that Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. 77) be denied. Petitioner has not filed an objection to the Recommendation. The Court has reviewed the Recommendation for clear error and, finding none, accepts and adopts it in full.

The Court finds that Petitioner has failed to make a substantial showing that he has been denied a constitutional right, and a certificate of appealability is therefore denied. 28 U.S.C. § 2253(c)(2); <u>Slack v. McDaniel</u>, 529 U.S. 473, 483-84, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000).

**SO ORDERED,** this 30th day of July, 2014.

*s/ Hugh Lawson*_____
HUGH LAWSON, SENIOR JUDGE

scr